# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:16CV217

| | | |
|---|---|---|
| **EDDIE LANE GADDIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Consent Motion for Payment of Attorney Fees Under the Equal Access to Justice Act (# 18). Plaintiff's motion must be denied because a brief in support of the motion was not filed. <u>See</u> LCvR 7.1(c) ("A brief must be filed contemporaneously with the motion[.]"). Consequently, Plaintiff's Consent Motion for Payment of Attorney Fees Under the Equal Access to Justice Act (# 18) is DENIED without prejudice to renew.

Signed: May 31, 2018

Dennis L. Howell
United States Magistrate Judge