# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:16CV217

| | |
|---|---|
| EDDIE LANE GADDIS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NANCY A. BERRYHILL, | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

This matter is before the Court on Plaintiff's Consent Motion for Payment of Attorney Fees Under the Equal Access to Justice Act (# 20). The Court has reviewed the attorney's Timesheet (# 21-2) and Assignment of Fees (# 21-1). These documents appear to be in order, and the Court is not aware of any special circumstances that would make an EAJA award in this case unjust. In light of the foregoing, the Court ORDERS the following:

(1) Plaintiff's Consent Motion for Payment of Attorney Fees Under the Equal Access to Justice Act (# 20) is GRANTED;

(2) Plaintiff is entitled to an Equal Access to Justice Act counsel fee in the amount of $3,644.00; and

(3) If Plaintiff has no debt registered with the Department of Treasury that is subject to offset, the fees are payable to his attorney, Kristin Gordon Oakley.

Signed: June 13, 2018

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge